William T. Urquhart and Another, v. Arthur Kennedy, Impleaded.— Motion granted, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

McKie B. Hopkins v. John R. Hopkins.— Motion denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Ernst Freudenfels, Respondent, v. Robert T. Rasmussen.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

In the Matter of Magdalena Herrmann.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

John M. McGrath v. Carnegie Trust Company.— Motion denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Tillie Wacht v. Twenty-eighth Street and Seventh Avenue Realty Company.— Motions denied, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Adolph Malman v. Babcock & Wilcox Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Demetrio Mouratoupoulo v. Jobson-Gifford Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Ancient Order of Hibernians of New York v. Ancient Order of Hibernians of America and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Max Wyner v. Fourteen Hundred and Eighty-two Broadway Corporation.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Annie Holloway v. Metropolitan Life Insurance Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Theodore M. Cox v. Edward B. Boynton and Another.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Amanda Renaut v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

James F. O'Brien v. The City of New York.— Motion granted; question certified. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Sadie Lasch v. New York Life Insurance Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.